# MEMORANDA

OF

*CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, WHICH ARE NOT REPORTED IN FULL.*

NELLIE C. GIBNEY, as Administratrix, etc., Respondent, *v.*
THE STATE OF NEW YORK, Appellant.

ARGUED and decided with *Gibney* v. *The State* (*ante,*
page 1).

MARY GUENTHER, as Administratrix, etc., Appellant, *v.* JAMES
LOCKHART, Respondent.

(Argued December 20, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the
Supreme Court in the fifth judicial department, entered upon
on order made June 2, 1891, which overruled plaintiff's
exceptions, denied her motion for a new trial, and directed
judgment in favor of defendant entered upon an order made
at Circuit, granting a motion for a nonsuit.

*James M. E. O'Grady* for appellant.

*Abraham Benedict* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.